

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TRIEM TRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-00304-A |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Plaintiff and Defendant have reached a settlement in this matter. The parties will submit an Agreed Motion to Dismiss with Prejudice within 45 days, or as otherwise directed by the Court. Due to the settlement of the case, the parties ask that all deadlines be abated for 45 days, or as otherwise directed by the Court, to ensure adequate time for the parties to sign releases.

Respectfully submitted,

_____
Roger D. Higgins     State Bar No. 09601500
Vanessa A. Rosa     State Bar No. 24081769

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
Email: rhiggins@thompsoncoe.com
        vrosa@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    This is to certify that on July 12, 2016, a true and correct copy of the foregoing was served on Plaintiff's counsel of record by electronic notice and/or certified mail return receipt requested:

Scott G. Hunziker
Bryan Beverly
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
scott@vosslawfirm.com
bryan@vosslawfirm.com

_____
Vanessa A. Rosa