IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TRIEM TRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-304-A |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims or causes of action asserted in the above-captioned action by plaintiff, Triem Tran, against defendant, Allstate Vehicle and Property Insurance Company, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action bear the costs of court and attorneys' fees incurred by such party.

SIGNED July 13, 2016.

_____
JOHN McBRYDE
United States District Judge